IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BILL ERWIN**     **PLAINTIFF**
**#2300000193**

v.     Case No. 4:25-cv-01002-KGB

**KATHERN SHILAR,**
**Jail Administrator**     **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations ("Recommendations") submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 3). No party has filed objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court concludes that the Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*). The Court dismisses without prejudice plaintiff Bill Erwin's complaint for failure to prosecute (Dkt. No. 1). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this 2nd day of December, 2025.

Kristine G. Baker
Chief United States District Judge